STATE v. GARDNER

No. 390A84.

Case below: 68 N.C. App. 515.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals under Rule 16(b) allowed as to additional issues 2 October 1984.

STATE v. HICKS

No. 553P84.

Case below: 70 N.C. App. 611.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 October 1984.

STATE v. JACKSON

No. 482P84.

Case below: 69 N.C. App. 769.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 October 1984.

STATE v. LEWIS

No. 389P84.

Case below: 68 N.C. App. 575.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 October 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 October 1984.

STATE v. MATTHEWS

No. 465P84.

Case below: 69 N.C. App. 526.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 October 1984. Attorney General's motion to dismiss appeal for lack of substantial constitutional question allowed 2 October 1984.